UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| George Wharam,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Washington University et al.,<br><br>　　　　Defendants. | No. 15-CV-2744 (KM)(MAH)<br><br>ORDER |

**KEVIN MCNULTY, U.S.D.J.:**

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 18) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that Plaintiff George Wharam's complaint (ECF No. 1 Ex. A) be dismissed for lack of personal jurisdiction over the defendants; and no objection to the R&R having been filed; and the Court having considered all the foregoing and decided the matter without oral argument pursuant to Fed. R. Civ. Proc. 78; and for good cause shown:

**IT IS** this 4th day of November, 2015

**ORDERED** that Judge Hammer's Report and Recommendation (ECF No. 18) is ADOPTED, and the complaint (ECF No. 1) is DISMISSED for lack of personal jurisdiction.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**KEVIN MCNULTY**
　　　　　　　　　　　　　　　　　　**United States District Judge**